UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CHARLES BARCHERS, *et al.*, )<br>)<br>Plaintiff, )<br>) C. A. No. 1:06cv02218 (JR)<br>v. )<br>)<br>DISTRICT OF COLUMBIA, )<br>)<br>Defendant. )<br>_____) | |

DEFENDANT DISTRICT OF COLUMBIA'S ANSWER TO THE COMPLAINT

Defendant District of Columbia, by and through the Office of the Attorney General, responds to the Complaint with particularity and in like-numbered paragraphs as follows:

Introduction

The District denies that Plaintiffs were denied a promotion in retaliation for exercising their rights under Title VII of the Civil Rights Act of 1964, as amended, and, because no retaliation occurred, the Plaintiffs are not entitled to monetary damages or declaratory, equitable and injunctive relief.

Related Case

This paragraph contains the opinions of the pleader and as such no response is required. To the extent that a response is required, the District denies that it took an adverse action against the Plaintiff's because of the claims and allegations set forth in C.A. No. 1:04CV00288 (JR).

Parties

1. The District is without sufficient information to admit or deny the allegations contained in paragraph 1 of the complaint.

2. Paragraph 2 conatins conclusions of law and therefore, no answer is required.

### Jurisdiction and Venue

3. The District has insufficient information to admit or deny the allegations contained in paragraph 3 of the complaint.

4. The District recognizes the statutory authority set forth in paragraph 4 of the complaint but denies that jurisdiction is conferred solely by reason thereof.

5. The District recognizes the statutory authority set forth in paragraph 5 of the complaint but denies that venue is necessarily conferred solely by reason thereof.

### Statement of the Case

6. The District admits that at all times relevant to this complaint the Plaintiff's were employed by the District of Columbia Fire and Emergency Medical Services Department but denies all other allegations in paragraph 6 of the complaint.

7. The District denies that Plaintiff's suffered unlawful reverse discrimination during the December 2001- August 2002 Battalion Fire Chief appointment process. Further answering, the District asserts that any "Charge Questionnaire" filed by the Plaintiffs with the EEOC was intended to harassed the District and intimidate the District into promoting the Plaintiffs to the position of Battalion Fire Chief. and denies the remaining allegations in paragraph 7 of the complaint.

8. Paragraph 8 requires no answer as it contains legal conclusions of the pleader.

9. The District has insufficient information to admit or deny the allegations contained in paragraph 8 of the complaint. If an answer is required, the District denies the allegations.

10. The District admits that on April 8, 2005, former Fire Chief Adrian Thompson, acting in the scope of his employment and in the exercise of his best professional judgment, promoted three qualified individuals, other than Plaintiffs, to the position of Acting Battalion Chief.

11. The District denies the allegations contained in paragraph 11 of the complaint.

12. The District denies the allegations contained in paragraph 12 of the complaint.

13. The District denies the allegations contained in paragraph 13 of the complaint.

14. The District denies the allegations contained in paragraph 14 of the complaint.

Prayer for Relief

**Wherefore,** The District requests that Plaintiffs be denied all relief and that this matter be dismissed with prejudiced.

The District denies any allegation in the complaint not specifically responded to above and reserves the right to amend its answer.

**AFFIRMATIVE DEFENSES**

First Defense

Plaintiffs have failed to state a claim upon which relief may be granted.

Second Defense

Plaintiff have failed to exhaust their administrative remedies.

Third Defense

The District denies any retaliation against plaintiffs.

Fourth Defense

Former Fire Chief Adrian Thompson's promotional decisions were based on his best professional judgment and were made within the discretion afforded any executive officer of a District of Columbia subordinate agency or department.

Fifth Defense

Plaintiff's claims are barred under the doctrine(s) of *res judicata* and/or collateral estoppel.

Sixth Defense

Plaintiffs would have been subjected to the alleged employment actions even if they had not engaged in protected activity.

Seventh Defense

Plaintiffs have failed to mitigate any damages that they may have incurred.

Eighth Defense

Plaintiffs' claims are barred by the statute of limitations.

Ninth Defense

Plaintiffs' EEOC/Human Rights claim might have been filed untimely.

Tenth Defense

The complaint might have been filed in an untimely fashion.

**SET-OFF**

Defendant District of Columbia claims a set-off for any debts plaintiffs owe to it and for any benefits it may have given or conferred upon Plaintiff, including, without limitation, unpaid taxes, health and hospital care, the cost of any care or treatment of

Plaintiffs rendered or paid for by the District through any means, Medicare or Medicaid, Workers' Compensation, AFDC, GPF or any other benefit.

## JURY DEMAND

The District demands a trial by the maximum number of jurors (12) permitted by law of all issues so triable.

**WHEREFORE**, having fully answered, District respectfully urges the Court to dismiss the Complaint with prejudice and award the District attorneys' fee, costs and expenses.

    Respectfully submitted,

    LINDA SINGER
    Acting Attorney General for the
    District of Columbia

    GEORGE VALENTINE
    Deputy Attorney General
    Civil Litigation Division

    /s/NICOLE L. LYNCH/s/_____
    NICOLE L. LYNCH [471953]
    Chief Civil Litigation Division Section II

    /s/David A. Jackson/s/_____
    DAVID A. JACKSON {471535]
    Assistant Attorney General
    Bar Number 471535
    Office of the Attorney General
    441 Fourth Street, NW, 6 South
    Washington, D.C.  20001
    Direct Line: (202) 724-6618
    Facsimile: (202) 727-3625
    E-mail:  davida.jackson@dc.gov

    /s/PHILLIP A LATTIMORE, III/s/
    PHILLIP A. LATTIMORE, III [422968]
    Section Chief General Litigation Section III

        /s/ Carl J. Schifferle /s/
        CARL J. SCHIFFERLE [463491]
        Assistant Attorney General
        Office of the Attorney General
        441 Fourth Street, N.W., Suite 600S
        Washington, D.C. 20001
        (202) 724-6624
        (202) 727-3625 (fax)
        Email:  carl.schifferle@dc.gov