**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| WAYNE L. SETTLE, *et al.*, | : | |
| | : | |
|     Plaintiffs, | : | |
| | : | |
|     v. | : | Civil Action No. 04-0288 (JR) |
| | : | |
| District of Columbia, | : | |
| | : | |
|     Defendant. | : | |
| | | |
| CHARLES R. BARCHERS, *et al.*, | : | |
| | : | |
|     Plaintiffs, | : | |
| | : | |
|     v. | : | Civil Action No. 06-2218 (JR) |
| | : | |
| DISTRICT OF COLUMBIA, | : | |
| | : | |
|     Defendant. | : | |

<u>ORDER</u>

It is hereby **ORDERED** that No. 06-2218 be consolidated with No. 04-0228; that all future filings be made only in the earlier-numbered case, No. 04-0288; and that the later-numbered case, No. 06-2218 be closed.  And it is

**FURTHER ORDERED** that the trial be reset for **May 1, 2007 at 9:30 a.m.**, and the final pretrial conference be set for **April 19, 2007 at 4:30 p.m.**

                        JAMES ROBERTSON
             United States District Judge