UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| WAYNE L. SETTLE, et al., : | |
|     Plaintiffs, : | |
| : | |
| v. : | Civil Action No. 1:04CV00288 (JR) |
| : | |
| : | |
| ADRIAN THOMPSON, et al., : | |
|     Defendants. : | |

PLAINTIFFS' MOTION TO FILE AMENDED COMPLAINT IN CONSOLIDATED
CASE OF BARCHERS V. DISTRICT OF COLUMBIA

Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, the Plaintiffs respectfully move this Court for permission to file the *Amended Complaint* attached hereto as **EXHIBIT 1** in the consolidated case of *Charles Barchers, et al., v. District of Columbia*, Civil Action No. 1:06cv02218 (JR). In support of this motion, the Plaintiffs respectfully state the following:

1. On February 16, 2007, this Court consolidated *Barchers v. District of Columbia* with this matter and directed that all future pleadings in both cases be filed using the 1:04cv0288 (JR) docket number.

2. At the time when the *Complaint* in *Barchers v. District of Columbia* was filed, a "right-to-sue" letter had not been issued to Wayne L. Settle, whose claims are identical to the eleven current Plaintiffs in *Barchers*. Such a letter from the Civil Rights Division of the United States Department of Justice was issued to Captain Settle on January 23, 2007.

3.    The *Amended Complaint* which the Plaintiffs are seeking this Court's permission to file merely adds Captain Settle as an additional Plaintiff in *Barchers* and effects no other substantive changes to the *Complaint* which was originally filed in that matter.

4.    The Defendant District of Columbia neither consents to nor opposes the relief requested in this motion.

                                            Respectfully submitted,

                                            /s/

                                            James Thomas Maloney #254102
                                            Maloney & Mohsen PLLC
                                            4201 Connecticut Avenue, NW
                                            Suite 500
                                            Washington, DC 20008-1163
                                            Tel: (202) 237-6800 x202
                                            Fax: (202) 966-5270
                                            E-mail: verdict@verizon.net

                                            *Counsel For the Plaintiffs*

UNITED STATES DISTRICT COURT
For the District of Columbia

| | |
|---|---|
| CHARLES R. BARCHERS<br>  1770 Hays Creek Road 1950<br>  Rockbridge Baths, VA 24473, | :<br>:<br>:<br>: |
| KENNETH CROSSWHITE<br>  5023 Morningstar Drive<br>  Dayton, MD 20136, | :<br>:<br>:<br>: |
| GARY DANLEY<br>  5871 Woodville Road<br>  Mount Airy, MD 21771, | : Civil Action No. 1:04CV00288 JR<br>:<br>:<br>: |
| MICHAEL S. DONLON<br>  22 Mile Trail<br>  Fairfield, PA 17320, | :<br>:<br>:<br>: |
| ALAN W. DUTTON<br>  207 Elizabeth Court<br>  Sterling, VA 20164, | :<br>:<br>:<br>: |
| JAMES C. HECKENDORN<br>  5236 Stonebridge Way<br>  Sykesville, MD 21784, | :<br>:<br>:<br>: |
| DAVID M. KIRKPATRICK<br>  5435 Indian Head Highway<br>  Indian Head, MD 20640, | :<br>:<br>:<br>: |
| JAMES M. REILLEY<br>  13401 John Cline Road<br>  Smithsburg, MD 21783, | :<br>:<br>:<br>: |
| WAYNE L. SETTLE<br>  1323 Redwood Circle<br>  LaPlata, MD 20646 | :<br>:<br>:<br>: |
| JEFFREY A. STAUFFER<br>  1856 Mintwood Place, NW<br>  Washington, DC 20009, | :<br>:<br>:<br>: |

| | |
|---|---|
| HARRYJOHN SUBACZ | : |
|   4068 Westind Drive | : |
|   Woodbridge, VA 22193, | : |
| | : |
|      and | : |
| | : |
| HENRY E. WELSH | : |
|   18609 Heritage Hills Drive | : |
|   Brookeville, MD 20833, | : |
|        Plaintiffs, | : |
| | : |
|      v. | : |
| | :     : |
| DISTRICT OF COLUMBIA | : |
|   1350 Pennsylvania Avenue, NW | : |
|   Washington, DC 20001, | : |
|        Defendant. | : |

—— AMENDED COMPLAINT ——

Introduction

This is an action seeking monetary damages and declaratory, equitable, and injunctive relief for twelve employees of the District of Columbia Fire and Emergency Services Department who were denied promotion in retaliation for the exercise of their rights under Title VII of the Civil Rights Act of 1964, as amended.

Parties

1.    The Plaintiffs Charles R. Barchers, Kenneth Crosswhite, Gary Danley, Michael S. Donlon, Alan W. Dutton, James C. Heckendorn, David M. Kirkpatrick, James M. Reilley, Wayne L. Settle, Jeffrey A. Stauffer, Harryjohn Subacz and Henry E. Welsh are adult residents of the District of Columbia, the State of Maryland, the Commonwealth of

Virginia and the Commonwealth of Pennsylvania who, at all times hereinafter alleged, were each employed by the District of Columbia Fire and Emergency Medical Services Department.

2. The Defendant District of Columbia is a municipal government and corporation with its principal office located at 1350 Pennsylvania Avenue, NW, Washington, DC 20004. The District of Columbia Fire and Emergency Medical Services Department is a subordinate agency of the Defendant District of Columbia and an "employer" within the meaning of 42 U.S.C. 2000e(b).

## Jurisdiction and Venue

3. This action is filed within ninety days after each Plaintiff's receipt of notification by the Equal Employment Opportunity Commission of his right to institute a civil action under Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. 2000e *et seq*.

4. Jurisdiction over the subject-matter and parties to this action is conferred upon this Court pursuant to 28 U.S.C. 1331, 28 U.S.C. 2201(a), 28 U.S.C. 2202 and 42 U.S.C. 2000e-5(f)(3).

5. Venue is proper in this District pursuant to 28 U.S.C. 1391 and 42 U.S.C. 2000e-5(f)(3).

## Statement of the Case

6. At all times hereinafter alleged, each Plaintiff was employed by the District of Columbia Fire and Emergency Medical Services Department (hereinafter, the "Department") as a Captain, was eligible for promotion to the position of Battalion Fire

Chief and was more qualified than the individuals who were instead promoted to Battalion Fire Chief.

7. On or about February 6, 2003, in order to obtain redress for the unlawful reverse discrimination which they suffered during the December 2001 – August 2002 Battalion Fire Chief appointment process, each Plaintiff filed a *Charge Questionnaire* with the Equal Employment Opportunity Commission ("EEOC").

8. Each Plaintiff's resulting *Charge of Discrimination* against the Department was filed with the EEOC on or about March 11, 2003, and was subsequently consolidated for investigation in *Byrne v. District of Columbia Fire and Emergency Medical Services Department*, EEOC Charge Number 100A300341.

9. After each Plaintiff subsequently received written notification from the United States Department of Justice of his right to institute a civil action under Title VII of the Civil Rights Act of 1964, their joint lawsuit, *Wayne L. Settle, et al., v. Adrian Thompson, et al.*, Civil Action Number 1:04CV00288 JR, was timely filed in the United States District Court For the District of Columbia on February 23, 2004.

10. On April 8, 2005, Fire Chief Adrian Thompson issued Special Order 2005-15 promoting three Captains other than the Plaintiffs to the position of Acting Battalion Fire Chief. At that time, and at all other times hereinafter alleged, Chief Thompson was acting within the scope of his employment by the District of Columbia.

11. Those three promotions were intended, in whole or in part, to (i) frustrate the relief – i.e., the nondiscriminatory appointment of Battalion Fire Chiefs – being sought in *Wayne L. Settle, et al., v. Adrian Thompson, et al.*, by appointing as many African-

American Battalion Fire Chiefs as possible before that lawsuit proceeds to trial and (ii) retaliate against each Plaintiff because of his status as a complainant and plaintiff in, respectively, *Byrne v. District of Columbia Fire and Emergency Medical Services Department* and *Wayne L. Settle, et al., v. Adrian Thompson, et al.*

12. The Department's failure to promote the Plaintiffs to Battalion Fire Chief on April 8, 2005, constituted an unlawful employment practice in violation of 42 U.S.C. 2000e-3(a).

13. As a direct and proximate result of that unlawful employment practice, each Plaintiff was deprived of his right to be fairly evaluated for promotion to Battalion Fire Chief; was not promoted to Battalion Fire Chief; lost the past, present, and future wage and other employment benefit increases which would have accompanied any such promotion; and experienced great emotional distress; all to the damage of each Plaintiff in the amount of four million dollars.

14. In addition, in light of the Department's practice of retaliating against its employees for the exercise of their rights under Title VII of the Civil Rights Act of 1964, as amended, each Plaintiff will never be fairly evaluated for promotion to Battalion Fire Chief and/or any other position within the Department without injunctive relief granted by this Court.

Prayer For Relief

**WHEREFORE**, the premises considered, the Plaintiffs respectfully pray this Court to:

- Find, adjudge, and declare that the April 8, 2005, Battalion Fire Chief promotions were accomplished in violation of 42 U.S.C. 2000e-3(a);

- Enter a permanent injunction prohibiting the District of Columbia from retaliating against them when making future promotions to Battalion Fire Chief and any other position within the Department;

- To insure compliance with such an injunction, order the District of Columbia to adopt, subject to approval by this court, nondiscriminatory and verifiable criteria for promotion to — including, but not limited to — the positions of Battalion Fire Chief, Deputy Fire Chief, and Assistant Fire Chief;

- Order the District of Columbia to promote each Plaintiff to the position he would have occupied but for the unlawful employment practice alleged herein, with such promotion, seniority, back pay, and other benefits to be retroactive to the effective date of the April 8, 2005, Battalion Fire Chief appointments;

- Award each Plaintiff four million dollars in compensatory damages;

- Award each Plaintiff reasonable costs, interest, and attorneys fees; and

- Grant each Plaintiff such other relief as this Court deems just and proper.

- 7 -

                                      Respectfully submitted,


                                      /S/
                                      James Thomas Maloney #254102
                                      Counsel for the Plaintiffs
                                      Maloney & Mohsen PLLC
                                      4201 Connecticut Avenue, NW
                                      Suite 500
                                      Washington, DC 20008-1129
                                      Tel: (202) 237-6800  x202
                                      Fax: (202) 966-5270
                                      Email: verdict@verizon.net